*Frank G. Olivo and Debra A. Olivo*  Bankruptcy Case # 04-56737

**FILED**
2009 DEC 29 PM 1:23
US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $ _____ | $ _____ |
| *Attorney for* | _____ | $ _____ | $ _____ |
| *Accountant for* | _____ | $ _____ | $ _____ |
| *Appraiser for* | _____ | $ _____ | $ _____ |
| *Other* | _____ | $ _____ | $ _____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                          *Allowed Amt. of Claim*   *Proposed Payment*
                           N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 365,270.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Ford Credit Titling Trust | $ 25,870.00 | $ 94.91 |
| 7 | Bank of America, N.A. (USA) | $ 5,653.01 | $ 20.74 |
| 8 | TargetNtnlBank(fkaRetailersNtnlBank)-TARGET | $ 295.43 | $ (1.08) + |
| 9 | DiNunzio Landscaping & SnowPlowing Inc. | $ 718.58 | $ (2.64) + |
| 10 | KAUFMANN'S | $ 380.18 | $ (1.39) + |
| 11 | American Express Bank, FSB | $ 24,791.75 | $ 90.95 |
| 12 | American Express Travel Related Svcs Co | $ 23,806.85 | $ 87.34 |
| 13 | Kohl's Department Store | $ 1,131.47 | $ (4.15) + |
| 14 | American Express Bank, FSB | $ 7,019.29 | $ 25.75 |
| 15 | American Express Centurion Bank | $ 14,929.43 | $ 54.77 |
| | American Express Centurion | | |

**UST Form 101-7-NFR (9/1/2009)**

| Claim # | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 16 | Bank | $ 11,054.93 | $ 40.56 |
| 17 | American Express Travel Related Services Co., Inc. | $ 37,210.61 | $ 136.51 |
| 18 | Ohio Edison Company | $ 641.53 | $ (2.35) + |
| 20 | World Financial Network National Bank | $ 585.15 | $ (2.15) + |
| 21 | FirstMerit Bank,NA | $ 760.06 | $ (2.79) + |
| 22 | B-Line,LLC/Atlantic Credit Finance/Bank One | $ 21,750.30 | $ 79.79 |
| 23 | General Motors Acceptance Corporation | $ 13,756.70 | $ 50.47 |
| 24 | Sherman Acquisition LP., its successors and assign | $ 2,159.45 | $ 7.92 |
| 25 | NCOP-PURCHASER FROM CITIBANK | $ 23,285.62 | $ 85.42 |
| 27 | eCAST Settlement Corporation, assignee of | $ 5,393.73 | $ 19.79 |
| 29 | JP Morgan Chase Bank, N.A. | $ 119,141.54 | $ 437.08 |
| 30 | Stafford & Stafford Co., LPA | $ 2,148.91 | $ 7.88 |
| 32 | St. Vincent Charity Hospital | $ 778.54 | $ (2.86) + |
| 33 | Ford Motor Credit Company | $ 9,792.68 | $ 35.92 |
| 34 | Cardiovascular Clinic | $ 600.94 | $ (2.20) + |
| 35 | Kozsey Services | $ 188.76 | $ (0.69) + |
| 36 | Allegheny Energy Supply | $ 1,247.73 | $ (4.58) + |
| 38 | Advanta Bank Corp. | $ 5,811.13 | $ 21.32 |
| 39 | Dan Morell & Associates Co. LPA (for Clerac Inc.) | $ 4,365.77 | $ 16.02 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant              Allowed Amt. of Claim   Proposed Payment*

$ 26.88
Ck # 124
receipt # 81161

**UST Form 101-7-NFR (9/1/2009)**