IN RE:

FRANK O. OLIVO
DEBRA A. OLIVO
        Debtors

FILED
2010 MAY -6 PM 12: 57
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

CASE NO. 04-56737

CHAPTER 7

REPORT OF UNCLAIMED
DIVIDEND

    Harold A. Corzin, Trustee herein, reports that check #119 was issued on December 25, 2009 to the following claimant as and for a first and final dividend in this estate, in the amount set forth below, but that said check has not been negotiated. The Trustee thus issues check #10125 to the Clerk of Courts in the amount of $7.88 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

                                            /s/ Harold A. Corzin
                                       HAROLD A. CORZIN, TRUSTEE
                                       304 N. Cleveland-Massillon Road
                                       Akron, Ohio 44333
                                       (330) 670-0770
                                       (330) 670-0297 Facsimile
                                       Harold.corzin@psinet.com

April 22, 2010

cc: U. S. Trustee

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 04-56737 - OLIVO, FRANK G.

| Account No. | | Check No. | Issued | | | Payee | | | Check Amount |
|---|---|---|---|---|---|---|---|---|---|
| 6200-01102510-66 | | 10125 | 04/12/10 | | | U. S. BANKRUPTCY COURT | | | $7.88 |

| | | Cancelled | | | | | | | Cancelled |
| Cancelled | | Check No. | | | | | | Paid | Payment |
| Account No. | Claim No. | | Filed | Priority | Claimant | | Amount Filed | Amount Allowed | to Date |
| 31D-1102510-66 | 30 | 119 | 04/21/06 | 610 | Stafford & Stafford Co., LPA<br>323 Lakeside Avenue W.<br>380 Lakeside Place<br>Cleveland, OH 44113 | | 2,148.91 | 2,148.91 | 7.88    7.88 |

*[Handwritten: Ck # 10125 / receipt # 81452]*

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.