```
                            FILED
IN RE:                                          CASE NO. 04-56737-S
                        2010 SEP 15 PM 1:12
FRANK G. OLIVO                                  CHAPTER 7
DEBRA A. OLIVO            U.S. BANKRUPTCY COURT
         Debtors        NORTHERN DISTRICT OF OHIO
                               AKRON             REPORT OF DIVIDEND
                                                 UNDER FIVE DOLLARS
```

Harold A. Corzin, Trustee herein, reports that check #10155 in the amount of $4.15 was issued on September 10, 2010 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditor:

                                                      Amt. of Dividend

Claim #35      Kozsey Services                        $    4.15
               940 Moneta Avenue
               Aurora, OH 44202


TOTAL:                                                $    4.15



                                    _____
                                    HAROLD A. CORZIN, TRUSTEE
                                    304 N. Cleveland-Massillon Rd.
                                    Akron, Ohio 44333
                                    (330) 670-0770

September 12, 2010

ck # 10155
receipt # 81771