IN RE:  CASE NO. 04-56737

FRANK G. OLIVO
DEBRA A. OLIVO  CHAPTER 7
    Debtors

REPORT OF UNCLAIMED
<u>DIVIDEND</u>

FILED 2011 JAN 11 PM 3:35 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

    Harold A. Corzin, Trustee herein, reports that check #10129 was issued on September 10, 2010 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated. The Trustee thus issues check #10156 to the Clerk of Courts in the amount of $15.80 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

                                         HAROLD A. CORZIN, TRUSTEE
                                         304 N. Cleveland-Massillon Road
                                         Akron, Ohio 44333
                                         (330) 670-0770
                                         (330) 670-0297 Facsimile
                                         <u>Hcorzin@csu-law.com</u>

December 11, 2010

cc: U. S. Trustee

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 04-56737 - OLIVO, FRANK G.

| Account No. | Check No. | Issued | Payee |
|---|---|---|---|
| 9200-01102510-66 | 10156 | 12/11/10 | U. S. BANKRUPTCY COURT |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Check Amount / Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-01102510-66 9 | 10129 | | 01/10/05 | 610 | DiNunzio Landscaping & SnowPlowing Inc. 718 Kenbridge Drive Highland Heights, OH 44143 | 718.58 | 718.58 | 18.44 | $15.80 / 15.80 |

*Handwritten:* Ck # 10156　Receipt # 82048

(*) Denotes objection to Amount Filed　　(!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.