IN RE:                    FILED            CASE NO.  04-56737

FRANK G. OLIVO        2011 JAN 11  PM 3:35    CHAPTER 7
DEBRA A. OLIVO
        Debtors                              REPORT OF UNCLAIMED
                    U.S. BANKRUPTCY COURT     DIVIDEND
                    NORTHERN DISTRICT OF OHIO
                           AKRON


    Harold A. Corzin, Trustee herein, reports that check #10147
was issued on September 10, 2010 to the claimant set forth in the
attached Stale Check Report as and for a first and final dividend
in this estate, in the amount set forth therein, but that said
check has not been negotiated. The Trustee thus issues check
#10158 to the Clerk of Courts in the amount of $47.25 as and for an
unclaimed dividend herein for the Claimant as set forth in the
attached Stale Check Report.



                            _____
                            HAROLD A. CORZIN, TRUSTEE
                            304 N. Cleveland-Massillon Road
                            Akron, Ohio 44333
                            (330) 670-0770
                            (330) 670-0297 Facsimile
                            Hcorzin@csu-law.com



December 11, 2010

cc:  U. S. Trustee

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 04-56737 - OLIVO, FRANK G.

| Account No. | | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|---|
| 9200-01102510-66 | | 10158 | 12/11/10 | U. S. BANKRUPTCY COURT | | | $47.25 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-01102510-66 30 | 10147 | | 04/21/06 | 610 | Stafford & Stafford Co., LPA<br>323 Lakeside Avenue W.<br>380 Lakeside Place<br>Cleveland, OH 44113 | 2,148.91 | 2,148.91 | 55.13 | 47.25 |

*handwritten:* Ck # 10158 / receipt # 82048

(*) Denotes objection to Amount Filed    (I) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.