IN RE:  CASE NO. 04-56737

FRANK G. OLIVO
DEBRA A. OLIVO   CHAPTER 7
    Debtors
REPORT OF UNCLAIMED
DIVIDEND

    Harold A. Corzin, Trustee herein, reports that check #10144 was issued on September 10, 2010 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated. The Trustee thus issues check #10157 to the Clerk of Courts in the amount of $511.98 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

                                                             HAROLD A. CORZIN, TRUSTEE
                                                             304 N. Cleveland-Massillon Road
                                                             Akron, Ohio 44333
                                                             (330) 670-0770
                                                             (330) 670-0297 Facsimile
                                                             Hcorzin@csu-law.com

December 11, 2010

cc: U. S. Trustee

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 04-56737 - OLIVO, FRANK G.

| Account No. | Check No. | Issued | Payee | | | | | Check Amount |
|---|---|---|---|---|---|---|---|---|
| 9200-01102510-66 | 10157 | 12/11/10 | U S BANKRUPTCY COURT | | | | | $511.98 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-01102510-66 25 | 10144 | | 03/11/05 | 610 | NCOP-PURCHASER FROM CITIBANK C/O NCO Financial Systems Inc. 1804 Washington Blvd,Dept 500 Baltimore MD, 21230 | 23,285.62 | 23,285.62 | 597.40 | 511.98 |

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.

*Ck #10157
receipt # 82048*